

FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0004

FILED

NOV 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0004

IN RE PETITION OF LINDSAY COLE
ABERNETHY FOR REINSTATEMENT TO
ACTIVE STATUS IN THE BAR OF MONTANA

O R D E R

Lindsay Cole Abernethy has petitioned this Court for reinstatement to active status in the State Bar of Montana. Abernethy voluntarily chose inactive status in July 2012, and has been inactive since then. Therefore, given the length of time Abernethy has been on inactive status,

IT IS HEREBY ORDERED that Petitioner shall submit to an investigation conducted by the Commission on Character and Fitness, which, in its discretion, may be a limited investigation. Petitioner shall comply with the character and fitness process and timely produce information and documentation as requested by the Commission. The Commission will investigate Petitioner's character and fitness in accordance with the Rules of Procedure of the Commission on Character and Fitness. The Commission will advise the Court whether the Petitioner has been certified, conditionally certified, or denied certification. If the Commission denies certification, the Commission will issue written findings of fact, conclusions of law, and a decision pursuant to Section 5(c)(6) of the Rules of Procedure of the Commission on Character and Fitness. If the Petitioner is certified or conditionally certified by the Commission on Character and Fitness, the Petitioner shall be admitted to the active practice of law in Montana upon payment of appropriate dues and fees and penalties to the State Bar of Montana.

IT IS FURTHER ORDERED that, if admitted, within six months of admission to the active practice of law, Petitioner shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 24 day of November, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices